UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DENNIS RICE, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> v.<br><br>DOLLAR THRIFTY AUTOMOTIVE GROUP, INC. , *et al.*,<br><br>    Defendants. | Case No. 10-CV-294-CVE-PJC |
| HAROLD MACARIOLA, on behalf of himself and all other similarly situated shareholders of Dollar Thrifty Automotive Group, Inc.<br><br>    Plaintiff,<br><br> v.<br><br>DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., *et al.*,<br><br>    Defendants. | Case No. 10-CV-311- CVE-PJC |

**PLAINTIFFS' NOTICE OF MOTION TO CONSOLIDATE ALL
RELATED SHAREHOLDER CLASS ACTIONS AND
<u>APPOINT A LEADERSHIP STRUCTURE FOR PLAINTIFFS</u>**

TO: THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD

  PLEASE TAKE NOTICE that on a date and a time to be designated by the Court in the Courtroom of the Honorable Claire V. Eagan of the United States District Court for the Northern District of Oklahoma, plaintiffs Dennis Rice and Harold Macariola ("Plaintiffs") by counsel and pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, will move the Court for an order consolidating the following related cases for all purposes:

| Abbreviated Case Name | Civil Action No | Date Filed |
|---|---|---|
| *Rice v. Dollar Thrifty, et al.* | 10-CV-294-CVE-PJC | May 7, 2010 |
| *Macariola v. Dollar Thrifty, et al.* | 10-CV-311- CVE-PJC | May 14, 2010 |

Plaintiffs brought their shareholder class actions on behalf of holders of common stock of Dollar Thrifty Automotive Group, Inc. ("Dollar" or the "Company") against certain officers and/or directors of Dollar to remedy breaches of fiduciary duties relating to the proposed acquisition of Dollar by Hertz Global Holdings, Inc ("Hertz"). This Motion is brought on the grounds that these actions are substantively identical and consolidation of these cases will promote judicial efficiency. The related actions allege claims for breaches of fiduciary duty and both seek to enjoin consummation of the proposed transaction with Hertz. These actions also involve substantially the same facts and the same questions of law.

Plaintiffs, by counsel, will also move the Court for an order appointing Faruqi & Faruqi, LLP and Wolf Popper, LLP as Plaintiffs' Co-Lead Counsel in the above-captioned actions and the appointment of Hartman, Blackstock & Moore as local counsel.

This Motion is based upon this notice, the accompanying brief in support of the Motion, the Declaration of Shane Rowley and the complete files and records in these actions and such oral arguments as the Court may consider in deciding this Motion.

DATED:  May 27, 2010							Respectfully submitted

 s/ Jack C. Moore
Jack C. Moore (OBA No. 14283)
Andrew W. Hartman (OBA No. 3948)
**HARTMAN, BLACKSTOCK & MOORE**
6520 S. Lewis Ave., Suite 15
Tulsa, Oklahoma  74136
Telephone:  (918) 712-3246
Facsimile:   (918) 712-5042
Email:  andrew@andrewshartman.com
       jack_moore@andrewshartman.com

*[Proposed] Local Counsel for the Plaintiffs*

**OF COUNSEL:**

**FARUQI & FARUQI, LLP**
Shane Rowley
Jamie Mogil
369 Lexington Avenue, 10th Fl.
New York, NY 10017
Telephone:  (212) 983-9330
Facsimile:   (212) 983-9331
Email:   srowley@faruqilaw.com
      jmogil@faruqilaw.com

**GARDY & NOTIS, LLP**
James Notis
Jennifer Sarnelli
560 Sylvan Avenue
Englewood Cliffs, NJ 07632
Telephone:   (201) 567-7377
Facsimile:    (201) 567-7337
Email:   jnotis@gardylaw.com
      jsarnelli@gardylaw.com

**WOLF POPPER LLP**
Robert M. Kornreich
Carl L. Stine
845 Third Avenue
New York, New York  11021
Telephone:  (212) 759-4600
Facsimile:   (212) 486-2093
Email:   rkornreich@wolfpopper.com
      cstine@wolfpopper.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May, 2010, I electronically transmitted the attached Notice of Motion to Consolidate All Related Class Actions and Appoint a Leadership Structure for Plaintiffs and true and correct copies of the accompanying Motion and Brief in Support of Plaintiffs' Motion and the supporting Declaration of Shane Rowley with attached exhibits to the Clerk of Court using the ECF system for filing and transmittal of a Notice of Electronic filing to the following ECF registrants:

None.

I hereby certify that on the 27th day of May, 2010, I also transmitted the [Proposed] Pretrial Order No. 1 Consolidating All Related Shareholder Derivative Actions and Appointing Leadership Structure for Plaintiffs submitted herein by E-Mail to the following:

None.

s/ Jack C. Moore<br>
Jack C. Moore

4823-8437-2742, v. 2