# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **DENNIS RICE,** | ) | |
| individually and on behalf of all others | ) | |
| similarly situated, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 10-CV-0294-CVE-PJC |
| | ) | |
| **DOLLAR THRIFTY AUTOMOTIVE** | ) | |
| **GROUP, INC., THOMAS P. CAPO,** | ) | |
| **MARY ANN N. KELLER, EDWARD C.** | ) | |
| **LUMLEY, RICHARD W. NEU, JOHN C.** | ) | |
| **POPE, SCOTT L. THOMPSON,** | ) | |
| **HDTMS, INC., HERTZ GLOBAL** | ) | |
| **HOLDINGS, INC.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Now before the Court are Plaintiffs Rice and Macariola's Motion to Consolidate all Related Shareholder Class Actions and Appoint a Leadership Structure for Plaintiffs, and Brief in Support (Dkt. # 7), the Declaration of Shane Rowley in Support of Plaintiffs Rice and Macariola's Motion to Consolidate all Related Shareholder Class Actions and Appoint a Leadership Structure for Plaintiffs (Dkt. # 8), and Plaintiffs' Notice of Motion to Consolidate all Related Shareholder Class Actions and Appoint a Leadership Structure for Plaintiffs (Dkt. # 9).

Counsel is advised that separate filing of a motion, a declaration in support of a motion, and a notice of motion is not the practice in this District. Counsel shall attach relevant declarations as exhibits to motions. Further, notice of motions is provided to all parties through the CM/ECF

system, and no separate pleading providing notice of a motion is necessary or appropriate. Counsel is directed to consult the local civil rules for practice in this District.

**DATED** this 28th day of May, 2010.

_____
CLAIRE V. EAGAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT