UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DENNIS RICE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., et al.,<br><br>Defendants. | Case No. 10-CV-294-CVE-PJC |
| HAROLD MACARIOLA, On Behalf of Himself and All Others Similarly Situated Shareholders of Dollar Thrifty Automotive Group, Inc.<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., et al.,<br><br>Defendants. | Case No. 10-CV-311-CVE-PJC |

## **ENTRY OF APPEARANCE BY CHRISTINA VAUGHN**

COMES NOW Christina Vaughn of the firm McAfee & Taft, A Professional Corporation, and hereby enters her appearance as counsel for the Defendant, Dollar Thrifty Automotive Group, Inc., Thomas P. Capo, Scott L. Thompson, H. Clifford Buster III, Edward C. Lumley, John C. Pope, Maryann N. Keller and Richard W. Neu in the above-styled action.

s/ Christina Vaughn
Christina Vaughn, OBA # 21390
Gerald Hilsher, OBA # 4218
**McAfee & Taft**
500 ONEOK Plaza
100 West 5th Street
Tulsa, Oklahoma 74103
(918) 587-0000 Telephone
(918) 599-9317 Facsimile
gerald.hilsher@mcafeetaft.com

**ATTORNEYS FOR DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., CAPO, THOMPSON, BUSTER, LUMLEY, POPE, KELLER AND NEU**

# CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2010 I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

andrew@andrewshartman.com
jack.moore@andrewshartman.com
jnotis@gardylaw.com
jsarnelli@gardylaw.com
srowley@faruqilaw.com
james.kincaid@crowedunlevy.com
michael.gibbens@crowedunlevy.com

I hereby certify that on June 4, 2010, I served the attached document by mail, on the following, who are not registered participants of the ECF System:

Carl S. Stine
Wolf Popper LLP
845 Third Avenue
New York, NY 10022

Chet B. Waldman
Wolf Popper LLP
845 Third Avenue
New York, NY 10022

Joseph Moodhe
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

s/ Christina Vaughn
Christina Vaughn