# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

DENNIS RICE, Individually and On Behalf of All
Others Similarly Situated,

        Plaintiff,

   v.

DOLLAR THRIFTY AUTOMOTIVE GROUP,
INC., *et al.*,

        Defendants,

Case No. 10-CV-294-CVE-PJC

HAROLD MACARIOLA, on behalf of himself
and all other similarly situated shareholders of
Dollar Thrifty Automotive Group, Inc.,

        Plaintiff,

   v.

DOLLAR THRIFTY AUTOMOTIVE GROUP,
INC., *et al.*,

        Defendants,

Case No. 10-CV-311-CVE-PJC

## APPEARANCE OF JAMES L. KINCAID

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

**Hertz Global Holdings, Inc. and HDTMS, Inc.**

<u>06/04/10</u>
Date

Type of Appointment:  ☒ Retained   ☐ CIA

            ☐ FPD  ☐ Pro Bono   ☐ Pro Se

s/James L. Kincaid
Signature

James L. Kincaid
_____
**Print Name**

Crowe & Dunlevy, P.C.
_____
**Firm Name**

321 South Boston Avenue, Suite 500
_____
**Mailing Address**

# 5021
_____
**Oklahoma State Bar Number (If Applicable)**

| Tulsa | OK | 74103 |
|-------|------|----------|
| **City** | **State** | **Zip Code** |

jim.kincaid@crowedunlevy.com
_____
e-mail address

| (918) 592-9807 | (918) 599-6327 |
|----------------|----------------|
| **Phone Number** | **Fax Number** |

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2010 I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

andrew@andrewshartman.com
jack.moore@andrewshartman.com
jnotis@gardylaw.com
jsarnelli@gardylaw.com
srowley@faruqilaw.com

I hereby certify that on June 4, 2010, I served the attached document by e-mail, on the following, who are not registered participants of the ECF System:

Gerald L. Hilsher
Christina M. Vaughn
**MCAFEE & TAFT**
500 ONEOK Plaza
100 West 5th Street
Tulsa, Oklahoma 74103
Gerald.Hilsher@mcafeetaft.com
Christina.Vaughn@mcafeetaft.com

John N. Hermes
M. Richard Mullins
**MCAFEE & TAFT**
Tenth Floor
Two Leadership Square
211 North Robinson
Oklahoma City, Oklahoma 73102
John.Hermes@mcafeetaft.com
Rick.Mullins@mcafeetaft.com

Mitchell A. Lowenthal
Deborah M. Buell
Jennifer Gorskie
**CLEARY GOTTLIEB STEEN & HAMILTON, LLP**
One Liberty Plaza
New York, New York 10006
mlowenthal@cgsh.com
dbuell@cgsh.com
jgorskie@cgsh.com

Joseph P. Moodhe
**DEBEVOISE & PLIMPTON, LLP**
919 Third Avenue
New York, New York 10022
jpmoodhe@debevoise.com

Robert M. Kornreich
Carl L. Stine
Chet B. Waldman
**WOLF POPPER, LLP**
845 Third Avenue
New York, New York  11021
rkomreich@wolfpopper.com
cstine@wolfpopper.com
cwaldman@wolfpopper.com

I hereby certify that _____(Date), I served the same document by:

☐ U.S. Postal Service      ☐ In Person Delivery
☐ Courier Service          ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and
Address(es):

s/James L. Kincaid _____
Signature