# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DENNIS RICE, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., *et al.*,<br><br>     Defendants, | Case No. 10-CV-294-CVE-PJC |
| HAROLD MACARIOLA, on behalf of himself and all other similarly situated shareholders of Dollar Thrifty Automotive Group, Inc.,<br><br>     Plaintiff,<br><br>  v.<br><br>DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., *et al.*,<br><br>     Defendants, | Case No. 10-CV-311-CVE-PJC |

## RULE 7.1 DISCLOSURE STATEMENT OF
## DEFENDANT DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1 for the United States District Court of the Northern District of Oklahoma, Defendant Dollar Thrifty Automotive Group, Inc., by its undersigned attorneys, hereby certifies that it is a publicly held corporation, that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

DATED:  June 4, 2010                                   Respectfully submitted,

                                              By:   s/Gerald L. Hilsher
                                                    Gerald L. Hilsher, OBA #4219
                                                    Christina M. Vaughn, OBA #21390

OF COUNSEL:                                             McAfee &Taft
    Mitchell A. Lowenthal                                500 ONEOK Plaza
    Deborah M. Buell                                     100 West 5th Street
    Clear Gottlieb Steen & Hamilton LLP                  Tulsa, Oklahoma 74103
    One Liberty Plaza                                    (918) 587-0000
    New York, New York 10006
    (212) 225-2000                                       John N. Hermes, OBA #4133
                                                                  M. Richard Mullins, OBA #13329
                                                                  McAfee & Taft
                                                                  Tenth Floor
                                                                  Two Leadership Square
                                                                  211 North Robinson
                                                                  Oklahoma City, Oklahoma 73102
                                                                (405) 235-9621

                                                                  *Attorneys for Defendant Dollar Thrifty*
                                                                  *Automotive Group, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2010 I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

andrew@andrewshartman.com
jack.moore@andrewshartman.com
jnotis@gardylaw.com
jsarnelli@gardylaw.com
srowley@faruqilaw.com
james.kincaid@crowedunlevy.com
michael.gibbens@crowedunlevy.com

I hereby certify that on June 4, 2010, I served the attached document by mail, on the following, who are not registered participants of the ECF System:

Carl S. Stine
Wolf Popper LLP
845 Third Avenue
New York, NY 10022

Chet B. Waldman
Wolf Popper LLP
845 Third Avenue
New York, NY 10022

Joseph Moodhe
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

s/ Gerald Hilsher
Gerald Hilsher