UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DENNIS RICE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., *et al.*,<br><br>Defendants, | Case No. 10-CV-294-CVE-PJC |
| HAROLD MACARIOLA, on behalf of himself and all other similarly situated shareholders of Dollar Thrifty Automotive Group, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., *et al.*,<br><br>Defendants, | Case No. 10-CV-311-CVE-PJC |

## APPEARANCE OF MICHAEL J. GIBBENS

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

**Hertz Global Holdings, Inc. and HDTMS, Inc.**

06/04/10
Date

Type of Appointment:  ☒ Retained   ☐ CIA   s/Michael J. Gibbens
Signature
☐ FPD   ☐ Pro Bono   ☐ Pro Se

Michael J. Gibbens
Print Name

Crowe & Dunlevy, P.C.
Firm Name

321 South Boston Avenue, Suite 500
Mailing Address

| #3339 | Tulsa | OK | 74103 |
|---|---|---|---|
| Oklahoma State Bar Number (If Applicable) | City | State | Zip Code |

| mike.gibbens@crowedunlevy.com | (918) 592-9840 | (918) 599-6338 |
|---|---|---|
| e-mail address | Phone Number | Fax Number |

# CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2010 I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

andrew@andrewshartman.com
jack.moore@andrewshartman.com
jnotis@gardylaw.com
jsarnelli@gardylaw.com
srowley@faruqilaw.com

I hereby certify that on June 4, 2010, I served the attached document by e-mail, on the following, who are not registered participants of the ECF System:

Gerald L. Hilsher
Christina M. Vaughn
**MCAFEE & TAFT**
500 ONEOK Plaza
100 West 5th Street
Tulsa, Oklahoma 74103
Gerald.Hilsher@mcafeetaft.com
Christina.Vaughn@mcafeetaft.com

John N. Hermes
M. Richard Mullins
**MCAFEE & TAFT**
Tenth Floor
Two Leadership Square
211 North Robinson
Oklahoma City, Oklahoma 73102
John.Hermes@mcafeetaft.com
Rick.Mullins@mcafeetaft.com

Mitchell A. Lowenthal
Deborah M. Buell
Jennifer Gorskie
**CLEARY GOTTLIEB STEEN & HAMILTON, LLP**
One Liberty Plaza
New York, New York 10006
mlowenthal@cgsh.com
dbuell@cgsh.com
jgorskie@cgsh.com

Joseph P. Moodhe
**DEBEVOISE & PLIMPTON, LLP**
919 Third Avenue
New York, New York 10022
jpmoodhe@debevoise.com

Robert M. Kornreich
Carl L. Stine
Chet B. Waldman
**WOLF POPPER, LLP**
845 Third Avenue
New York, New York 11021
rkomreich@wolfpopper.com
cstine@wolfpopper.com
cwaldman@wolfpopper.com

I hereby certify that _____(Date), I served the same document by:

☐ U.S. Postal Service          ☐ In Person Delivery
☐ Courier Service             ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and
Address(es):

s/Michael J. Gibbens
Signature