IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DENNIS RICE, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br>v.<br><br>DOLLAR THRIFTY AUTOMOTIVE GROUP, INC, *et al.*,<br>      Defendants. | Case No. 10-CV-294-CVE-PJC |
| HAROLD MACARIOLA, on behalf of himself and all other similarly situated shareholders of Dollar thrifty Automotive Group, Inc.,<br><br>      Plaintiff,<br>v.<br><br>DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., *et al.*<br>      Defendants. | Case No. 10-CV-311-CVE-PJC |

## ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

    COMES NOW John N. Hermes of the firm McAfee & Taft A Professional Corporation and hereby enters his appearance as counsel in this case for Defendants Dollar Thrifty Automotive Group, Inc. ("Dollar Thrifty"), Thomas P. Capo, Maryann N. Keller, Edward C. Lumley, Richard W. Neu, John C. Pope, and Scott L. Thompson ("Individual Defendants")

I certified that I am admitted to practice in this Court. I also certify that I am registered in this Court's Electronic Case Filing System.

Dated this 7th day of June, 2010.

                                  Gerald Hilsher, OBA # 4218
                                  Christina M. Vaughn, OBA #21390
                                  McAfee & Taft A Professional Corporation
                                  500 ONEOK Plaza
                                  100 West 5th Street
                                  Tulsa, Oklahoma 74103
                                  (918) 587-0000 Telephone
                                  (918) 599-9317 Facsimile
                                  gerald.hilsher@mcafeetaft.com
                                  christina.vaughn@mcafeetaft.com

| Of Counsel: | */s/ John N. Hermes* |
|---|---|
| Mitchell A. Lowenthal | John N. Hermes, OBA #4133 |
| Deborah M. Buell | M. Richard Mullins, OBA#13329 |
| Cleary Gottlieb Steen & Hamilton | McAfee & Taft A Professional Corporation |
| One Liberty Plaza | Two Leadership Square, 10th Floor |
| New York, New York 10006 | 211 N Robinson Ave |
| (212) 225-2000 Telephone | Oklahoma City, Oklahoma 73102 |
| mlowenthal@cgsh.com | (405) 235-9621 Telephone |
| dbuell@cgsh.com | (405) 235-0439 Facsimile |
| | john.hermes@mcafeetaft.com |
| | richard.mullins@mcafeetaft.com |

*Attorneys for Dollar Thrifty Automotive Group, Inc.; Thomas P. Capo, Maryann N. Keller; Edward C. Lumley; Richard W. Neu; John C. Pope; Scott L. Thompson*

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2010, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

    andrew@andrewshartman.com
    jack.moore@andrewshartman.com
    jnotis@gardylaw.com
    jsarnelli@gardylaw.com
    srowley@faruqilaw.com
    james.kincaid@crowedunlevy.com
    michael.gibbens@crowenunlevy.com

I hereby certify that on June 7, 2010, I served the attached document by mail, on the following, who are not registered participants of the ECF System:

Carl S. Stine
Wolf Popper LLP
845 3RD AVE
NEW YORK, NY 10022

Chet B. Waldman
Wolf Popper LLP
845 3RD AVE
NEW YORK, NY 10022

Joseph Moodhe
Debevoise & Plimpton LLP
919 Third Avenue
NEW YORK NY 10022

                                            */s/ John N. Hermes*
                                            John N. Hermes