UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DENNIS RICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 10-CV-0294-CVE-PJC |
| | ) | |
| DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

Before the Court are the motions for admission *pro hac vice* (Dkt. ## 21, 22). For good cause shown, the Court finds that the motions should be and ares hereby **granted.**

**IT IS THEREFORE ORDERED** that Deborah M. Buell and Mitchell A. Lowenthal are admitted *pro hac vice* for the limited purpose of representing defendant Dollar Thrifty Automotive Group, Inc. Thomas P. Capo, Scott L. Thompson, H. Clifford Buster III, Edward C. Lumley, John C. Pope, Maryall N. Keller, and Richard W. Neu in the above-captioned matter.

**Counsel are directed to become familiar with the Local Rules of this District. Counsel shall note the pleading format of this Order and use same on future pleadings and proposed orders.**

**DATED** this 8th day of June, 2010.

_____
CLAIRE V. EAGAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT