# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DENNIS RICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 10-CV-0294-CVE-PJC |
| ) | |
| DOLLAR THRIFTY AUTOMOTIVE ) | |
| GROUP, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is the motion for admission *pro hac vice* (Dkt. # 26). For good cause shown, the Court finds that the motion should be and is hereby **granted.**

**IT IS THEREFORE ORDERED** that Courtney Marie Dankworth is admitted *pro hac vice* for the limited purpose of representing defendants Hertz Global Holdings, Inc and HDTMS Inc. in the above-captioned matter.

**Counsel is directed to become familiar with the Local Rules of this District. Counsel shall note the pleading format of this Order and use same on future pleadings and proposed orders.**

**DATED** this 9th day of June, 2010.

_Claire V. Eagan_
CLAIRE V. EAGAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT