# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

Dennis Rice,

                Plaintiff(s),

vs.                                         Case Number: 10-cv-294-CVE-FHM

Dollar Thrifty Automotive Group, Inc., et al.,

                Defendant(s).

## MINUTE ORDER

      T. Lane Wilson, U.S. Magistrate Judge, hereby recuses from this case and returns it to the clerk's office for random reassignment. With the reassignment process completed, this case is reassigned to Frank H. McCarthy, U.S. Magistrate Judge, and shall now be referred to by the new case number and all files and pleadings should be marked accordingly.

                                                          Phil Lombardi,
                                                          Clerk of Court, United States District Court

                                                          S/C. Portilloz
                                                          By: C. Portilloz, Deputy Clerk