UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DENNIS RICE and HAROLD MACARIOLA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 10-CV-0294-CVE-FHM |
| | ) | BASE FILE |
| DOLLAR THRIFTY AUTOMOTIVE | ) | |
| GROUP, INC., et al., | ) | Consolidated with |
| | ) | Case No. 10-CV-0311-CVE-FHM |
| Defendants. | ) | |

## ORDER

Now before the Court is the Motion for Admission Pro Hac Vice (Dkt. # 40).

Carl S. Stine is in good standing with the state bar of New York. For good cause shown, the court finds that the motion should be granted with respect to Carl S. Stine.

Chet B. Waldman is in good standing, but must register with the state bar of New York. Until such registration is effective, the Court cannot grant the motion with respect to Chet B. Waldman.

**IT IS THEREFORE ORDERED** that the Motion for Admission Pro Hac Vice (Dkt. # 40) is **granted in part** and **remains under advisement in part**. Carl S. Stine is admitted pro hac vice for the limited purpose of representing plaintiffs in the above-captioned matter. The motion remains under advisement regarding Chet B. Waldman.

**Counsel is directed to become familiar with the Local Rules of this District. Counsel shall note the pleading format of this Order and use same on future pleadings and proposed orders.**

**DATED** this 23rd day of June, 2010.

CLAIRE V. EAGAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT