UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DENNIS RICE and HAROLD MACARIOLA, individually and on behalf of all others similarly situated,<br><br>                Consolidated Plaintiffs,<br><br>   v.<br><br>DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., THOMAS P. CAPO, MARY ANN N. KELLER, EDWARD C. LUMLEY, RICHARD W. NEU, JOHN C. POPE, SCOTT L. THOMPSON, HDTMS, INC., HERTZ GLOBAL HOLDINGS, INC.,<br><br>                Defendants. | Case No. 10-CV-294-CVE-FHM<br>BASE FILE<br><br>Consolidated with<br>Case No. 10-CV-311-CVE-FHM |

**DEFENDANTS' ERRATA CORRECTION**

Comes now Christina M. Vaughn, attorney of record for Defendants Dollar Thrifty Automotive Group, Inc., Thomas P. Capo, Mary Ann N. Keller, Edward C. Lumley, Richard W. Neu, John C. Pope, and Scott L. Thompson, and moves to correct the filing of Document No. 38 entitled Defendants' Motion to Dismiss the Amended Complaint, and Brief in Support filed June 21, 2010, which was inadvertently filed without inclusion of Appendix A referenced on page 15 thereof, and to add Appendix A, which is attached hereto, to the filing of Document No. 38.

DATED: June 24, 2010

Respectfully submitted,

By:   s/Christina M. Vaughn
     Gerald L. Hilsher, OBA #4219
     Christina M. Vaughn, OBA #21390

OF COUNSEL:
    Mitchell A. Lowenthal
    Deborah M. Buell
    Cleary Gottlieb Steen & Hamilton LLP
    One Liberty Plaza
    New York, New York 10006
    (212) 225-2000

     McAfee & Taft
     500 ONEOK Plaza
     100 West 5th Street
     Tulsa, Oklahoma 74103
     (918) 587-0000

     John N. Hermes, OBA #4133
     M. Richard Mullins, OBA #13329
     McAfee & Taft
     Tenth Floor
     Two Leadership Square
     211 North Robinson
     Oklahoma City, Oklahoma 73102
     (405) 235-9621

OF COUNSEL:

Joseph Moodhe
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Defendants Dollar Thrifty Automotive Group, Inc., Scott L. Thompson, Thomas P. Capo, Maryann N. Keller, Edward C. Lumley, John C. Pope, and Richard W. Neu*

By:   /s/Michael J. Gibbens
     James L. Kincaid, OBA #5021
     Michael J. Gibbens, OBA #3339
     Crowe & Dunlevy
     321 South Boston Avenue
     500 Kennedy Building
     Tulsa, Oklahoma 74103
     (918) 592-9800

*Attorneys for Defendants Hertz Global Holdings, Inc. and HDTMS Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 24, 2010, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

    andrew@andrewshartman.com
    jack.moore@andrewshartman.com
    jnotis@gardylaw.com
    jsarnelli@gardylaw.com
    srowley@faruqilaw.com
    jmogil@faruqilaw.com
    jim.kincaid@crowedunlevy.com
    mike.gibbens@crowedunlevy.com


      I hereby certify that on June 24, 2010, I served the attached document by mail, on the following, who are not registered participants of the ECF System:

Carl S. Stine
Wolf Popper LLP
845 Third Avenue
New York, NY 10022

Chet B. Waldman
Wolf Popper LLP
845 Third Avenue
New York, NY 10022

                                                                       s/ Christina M. Vaughn
                                                                       Christina M. Vaughn

**Appendix A To Defendants' Motion To Dismiss The Joint Amended Complaint**

| Paragraph of the JAC | Alleged Omission or Misstatement | Disclosures In The Preliminary Proxy |
|---|---|---|
| 102-103 | Defendant Thompson made the following false statement: "The Form S-4 contains detail and background on the Hertz/Dollar Thrifty transaction. Among other information, it outlines the conversations our Board had with various parties, including Hertz, and Avis [ ], leading up to the agreement to be acquired by Hertz in April." | See Ex. C at 57061 (detailing the discussions Dollar Thrifty had with Avis in 2007, 2008 and 2009). |
| 111 | "The Proxy fails to disclose how the discount rates of 11.5% - 13.5% [used in the discounted cash flow analysis] . . . were derived." | See Ex. C at 84 (the "range of discount rates from 11.5% - 13.5% . . . were chosen by J.P. Morgan based upon an analysis of the weighted average cost of capital of DTG."). |
| 111 | "The Proxy fails to disclose how . . . the perpetual growth rates of 2.5% - 3.5% [used in the discounted cash flow analysis] were derived." | See Ex. C at 84 ("The perpetual unlevered free cash flow growth rates were determined based on J.P. Morgan's judgment and experience."). |
| 112 | "The Proxy also fails to disclose how the discount rates range of 12.0% to 14.0% was derived." | See Ex. C at 85 (Goldman Sachs used "discount rates ranging from 12.0% to 14.0%, reflecting estimates of DTG's weighted average cost of capital."). |
| 113 | The Proxy, in connection with the Goldman Sach's Discounted Cash Flow Analysis, "fails to disclose whether Goldman Sachs performed a terminal growth rates calculation as part of this analysis, and, if so, fails to disclose the terminal growth rates." | See Ex. C at 85 (disclosing in detail the analysis Goldman Sachs did perform, which comprised calculating "the present value of Dollar Thrifty's terminal value at December 31, 2013 by applying a range of corporate EBIDTA multiples of 5.0x to 7.0x (which was selected by Goldman Sachs based on its judgment and experience as informed by the historical trading range of DTG) to DTG's estimated 2013 corporate EBIDTA and using discount rates ranging from 12.0% to 14.0%."). |
| 120 | "The Proxy fails to fully disclose the reasons the Board decided to finalize the Merger Agreement prior to the announcement of Dollar Thrifty's first quarter 2010 earnings." | See Ex. C at 67-68 ("[A]lthough the board of directors had earlier considered suspending further discussions on transaction valuation until after the announcement of [Dollar Thrifty's] and Hertz's first quarter results, Hertz made clear that its current offer was contingent on execution of a definitive transaction prior to the date that [Dollar Thrifty] planned to announce its first quarter results." ). |