UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DENNIS RICE and HAROLD MACARIOLA, individually and on behalf of all others similarly situated,<br><br>        Consolidated Plaintiffs,<br><br>v.<br><br>DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., THOMAS P. CAPO, MARY ANN N. KELLER, EDWARD C. LUMLEY, RICHARD W. NEU, JOHN C. POPE, SCOTT L. THOMPSON, HDTMS, INC., HERTZ GLOBAL HOLDINGS, INC.,<br><br>        Defendants. | Case No. 10-CV-0294-CVE-FHM<br>**BASE FILE**<br><br>Consolidated with<br>Case No. 10-CV-0311-CVE-FHM |

**JOINT MOTION FOR APPROVAL OF STIPULATION REGARDING
BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS**

Pursuant to LCvR7.2(g), Plaintiffs Dennis Rice and Harold Macariola (collectively, "Plaintiffs") and Defendants Dollar Thrifty Automotive Group, Inc., Thomas P. Capo, Scott L. Thompson, Edward C. Lumley, John C. Pope, Maryann N. Keller, and Richard W. Neu, Hertz Global Holdings, Inc., and HDTMS, Inc., (collectively, "Defendants") respectfully submit this stipulation and jointly move the Court for entry of an order setting the briefing schedule for Defendants' Motion to Dismiss [Dkt. # 38].

1. Defendants filed their Motion to Dismiss [Dkt. # 38] on June 21, 2010.

2. Pursuant to LCvR7.2(e), Plaintiffs' response to the Motion to Dismiss is due to be filed on or before July 12, 2010, and Pursuant to LCvR7.2(h), Defendants' reply to Plaintiffs' response, if any, is due to be filed on or before July 26, 2010.

3. The parties have agreed upon the following briefing schedule for Defendants' Motion to Dismiss:

    a. Plaintiffs shall file their response to the Motion to Dismiss on or before August 5, 2010.

    b. Defendants shall file their reply to Plaintiffs' response on or before September 7, 2010.

4. In view of the nature of the allegations and law applicable to Plaintiffs' claims and Defendants' Motion to Dismiss, the parties have agreed that the above briefing schedule is reasonable and appropriate.

5. No previous motions for extensions of time have been made, and the agreed briefing schedule will not impact any other deadlines.

## **CONCLUSION**

For the reasons set forth above, the parties respectfully request that the Court enter the proposed Order submitted concurrently herewith setting the briefing schedule for Defendants' Motion to Dismiss in accordance with the parties' stipulation.

DATED: July 8, 2010

Respectfully submitted,

 s/ Jack C. Moore

**OF COUNSEL:**

Andrew S. Hartman, OBA No. 3948
Jack C. Moore, OBA No. 14283

**FARUQI & FARUQI, LLP**
Shane Rowley
Jamie Mogil
369 Lexington Avenue, 10th Fl.
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
Email: srowley@faruqilaw.com
        jmogil@faruqilaw.com

HARTMAN, BLACKSTOCK & MOORE
P.O. Box 700690
Tulsa, Oklahoma 74170
Telephone: (918) 712-3246
Facsimile: (918) 712-5042
Email: andrew@andrewshartman.com
       jack.moore@andrewshartman.com

*[Proposed] Local Counsel for the Plaintiffs*

**GARDY & NOTIS, LLP**
James S. Notis
Jennifer Sarnelli
560 Sylvan Avenue
Englewood Cliffs, NJ 07632
Telephone: (201) 567-7377
Facsimile: (201) 567-7337
Email: jnotis@gardylaw.com
       jsarnelli@gardylaw.com

**WOLF POPPER LLP**
Carl L. Stine
Chet B. Waldman
845 Third Avenue
New York, NY 10022
Tel: (212) 759-4600
Fax: (212) 486-2093
cstine@wolfpopper.com
cwaldman@wolfpopper.com

| | |
|---|---|
| DATED: July 8, 2010 | By: s/Gerald L. Hilsher |
| | Gerald L. Hilsher, OBA #4219 |
| | Christina M. Vaughn, OBA #21390 |
| | McAfee & Taft |
| **OF COUNSEL:** | 500 ONEOK Plaza |
| | 100 West 5th Street |
| Mitchell A. Lowenthal | Tulsa, Oklahoma 74103 |
| Deborah M. Buell | (918) 587-0000 |
| Cleary Gottlieb Steen & Hamilton LLP | |
| One Liberty Plaza | John N. Hermes, OBA #4133 |
| New York, New York 10006 | M. Richard Mullins, OBA #13329 |
| (212) 225-2000 | McAfee & Taft |
| | Tenth Floor |
| | Two Leadership Square |
| | 211 North Robinson |
| | Oklahoma City, Oklahoma 73102 |
| | (405) 235-9621 |
| | |
| | *Attorneys for Defendants Dollar Thrifty Automotive Group, Inc., Scott L. Thompson, Thomas P. Capo, Maryann N. Keller, Edward C. Lumley, John C. Pope, and Richard W. Neu* |

|  |  |
|---|---|
| **OF COUNSEL:**<br><br>Joseph Moodhe<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, New York 10022<br>(212) 909-6000 | By: s/ Michael J. Gibbens<br>Michael J. Gibbens, OBA #3339<br>James L. Kincaid, OBA #5021<br>Crowe & Dunlevy<br>321 South Boston Avenue<br>500 Kennedy Building<br>Tulsa, Oklahoma 74103<br>(918) 592-9800<br><br>***Attorneys for Defendants Hertz Global Holdings, Inc. and HDTMS Inc.*** |

4833-4502-3750, v. 1