# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DENNIS RICE and HAROLD MACARIOLA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 10-CV-0294-CVE-FHM |
| | ) | BASE FILE |
| DOLLAR THRIFTY AUTOMOTIVE | ) | |
| GROUP, INC., et al., | ) | Consolidated with |
| | ) | Case No. 10-CV-0311-CVE-FHM |
| Defendants. | ) | |

## ORDER

Now before the Court is the Joint Motion for Approval of Stipulation Regarding Briefing Schedule for Defendants' Motion to Dismiss (Dkt. # 45). The parties state that they have stipulated to a briefing schedule for responses and replies to Defendants' Motion to Dismiss the Amended Complaint, and Brief in Support (Dkt. #45) that is different from that prescribed by the local civil rules of this District.

The parties do not have the authority to alter deadlines in this case. Thus, the parties cannot "stipulate" to an extension of deadlines. Counsel are advised that the practice in this District is to file a motion to extend deadlines. The Court hereby construes the instant motion as an unopposed motion to extend the briefing deadlines for Defendants' Motion to Dismiss the Amended Complaint, and Brief in Support. For good cause shown, the Court finds that the motion should be granted.

**IT IS THEREFORE ORDERED** that the Joint Motion for Approval of Stipulation Regarding Briefing Schedule for Defendants' Motion to Dismiss (Dkt. # 45) is construed as an unopposed motion to extend briefing deadlines and is **granted**.

**IT IS FURTHER ORDERED** that plaintiffs shall file their response to Defendants' Motion to Dismiss the Amended Complaint, and Brief in Support (Dkt. # 38) no later than **August 5, 2010**; defendants shall file their reply brief no later than **September 7, 2010**.

**DATED** this 9th day of July, 2010.

CLAIRE V. EAGAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT