# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DENNIS RICE and HAROLD MACARIOLA, individually and on behalf of all others similarly situated,<br><br>Consolidated Plaintiffs,<br><br>v.<br><br>DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., THOMAS P. CAPO, MARY ANN N. KELLER, EDWARD C. LUMLEY, RICHARD W. NEU, JOHN C. POPE, SCOTT L. THOMPSON, HDTMS, INC., HERTZ GLOBAL HOLDINGS, INC.,<br><br>Defendants. | Case No. 10-CV-294-CVE-FHM<br>BASE FILE<br><br>Consolidated with<br>Case No. 10-CV-311-CVE-FHM |

## NOTICE OF CHANGE OF ADDRESS OF ATTORNEYS

Please take notice that the physical address for Gerald L. Hilsher and Christina M. Vaughn of McAfee & Taft, counsel of record for Defendants Dollar Thrifty Automotive Group, Inc., Thomas P. Capo, Scott L. Thompson, H. Clifford Buster III, Edward C. Lumley, John C. Pope, Maryann N. Kellar, and Richard W. Neu, has changed. The telephone and facsimile numbers, and the email addresses have not changed. The new physical address is set forth below:

> Gerald L. Hilsher, OBA #4218
> Christina M. Vaughn, OBA #21390
> MCAFEE & TAFT, A Professional Corporation
> **1717 S. Boulder Ave., Suite 900**
> **Tulsa, Oklahoma 74119**
> 918-587-0000
> 918-599-9317 (FAX)
> gerald.hilsher@mcafeetaft.com
> christina.vaughn@mcafeetaft.com

All communications, pleadings, discovery documents, and other material should hereafter be served upon these attorneys as set forth above.

*s/*Gerald L. Hilsher
Gerald L. Hilsher, OBA #4218
Christina M. Vaughn, OBA #21390
MCAFEE & TAFT, P.C.
1717 S. Boulder Ave., Suite 900
Tulsa, Oklahoma 74119
918-587-0000
918-599-9317 (FAX)

*Attorneys for Dollar Thrifty Automotive Group, Inc., Thomas P. Capo, Scott L. Thompson, H. Clifford Buster III, Edward C. Lumley, John C. Pope, Maryann N. Kellar, and Richard W. Neu*

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2010, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

andrew@andrewshartman.com
jack.moore@andrewshartman.com
jnotis@gardylaw.com
jsarnelli@gardylaw.com
srowley@faruqilaw.com
jmogil@faruqilaw.com

I hereby certify that on July 14, 2010, I served the attached document by mail, on the following, who are not registered participants of the ECF System:

Carl S. Stine
Wolf Popper LLP
845 Third Avenue
New York, NY 10022

Chet B. Waldman
Wolf Popper LLP
845 Third Avenue
New York, NY 10022

                                                  s/ Gerald Hilsher
                                                  Gerald Hilsher