UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DENNIS RICE and HAROLD MACARIOLA, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Consolidated Plaintiffs,<br><br>　v.<br><br>DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., THOMAS P. CAPO, MARY ANN N. KELLER, EDWARD C. LUMLEY, RICHARD W. NEU, JOHN C. POPE, SCOTT L. THOMPSON, HDTMS, INC., HERTZ GLOBAL HOLDINGS, INC.,<br><br>　　　　　　　Defendants. | Case No. 10-CV-294-CVE-FHM<br>BASE FILE<br><br>Consolidated with<br>Case No. 10-CV-311-CVE-FHM |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE A SUPPLEMENTAL EXHIBIT TO DEFENDANTS' REPLY BRIEF IN FURTHER SUPPORT OF THEIR MOTION TO DISMISS THE AMENDED COMPLAINT**

Defendants[1] respectfully request leave of Court to supplement Defendant's Reply Brief in Further Support of Their Motion to Dismiss the Amended Complaint with the filing, as an additional Exhibit thereto, of the September 8, 2010 Order of the Delaware Court of Chancery denying the Delaware Plaintiffs' Motion for Preliminary Injunction.[2]  In support of this Application, Defendants allege and state as follows:

　　　　1.　　On September 7, 2010, Defendants' filed herein Defendants' Reply Brief in Further Support of Their Motion to Dismiss the Amended Complaint with Exhibits A – M.

---

[1] Definitions employed in Defendants' Brief in Support of their Motion to Dismiss ("Defs. Br.") are similarly employed here.

[2] In re Dollar Thrifty S'holder Litig., Consol Case No. 5458-VCS (Del. Ch. July 29, 2010).

2. On September 8, 2010, the Delaware Court of Chancery issued an Order in <u>In re Dollar Thrifty S'holder Litig.</u>, Consol Case No. 5458-VCS (Del. Ch. July 29, 2010) denying Plaintiffs' Motion for Preliminary Injunction.

3. The fact of this Order is significant in and of itself. Morevoer, the September 8, 2010 Delaware Court of Chancery Order provides relevant background and legal analysis that support Defendants' Motion to Dismiss the Amended Complaint herein.

4. Plaintiffs do not object to the relief requested herein.

WHEREFORE, Defendants respectfully request leave to file, as Exhibit "N," the September 8, 2010 Delaware Court of Chancery Order denying Plaintiffs' Motion for Preliminary Injunction as a supplemental Exhibit to Defendants' Reply Brief in Further Support of Their Motion to Dismiss the Amended Complaint.

DATED:  September 10, 2010

Respectfully submitted,

By:  s/Gerald L. Hilsher
Gerald L. Hilsher, OBA #4219
Christina M. Vaughn, OBA #21390
McAfee & Taft, P.C.
1717 S. Boulder Ave, Suite 900
Tulsa, Oklahoma 74119
(918) 587-0000

John N. Hermes, OBA #4133
M. Richard Mullins, OBA #13329
McAfee & Taft
Tenth Floor
Two Leadership Square
211 North Robinson
Oklahoma City, Oklahoma 73102
(405) 235-9621

*Attorneys for Defendants Dollar Thrifty Automotive Group, Inc., Scott L. Thompson, Thomas P. Capo, Maryann N. Keller, Edward C. Lumley, John C. Pope, and Richard W. Neu*

OF COUNSEL:
   Mitchell A. Lowenthal
   Deborah M. Buell
   Cleary Gottlieb Steen & Hamilton LLP
   One Liberty Plaza
   New York, New York 10006
   (212) 225-2000

|  |  |
|---|---|
| OF COUNSEL: | By:   s/Michael J. Gibbens<br>James L. Kincaid, OBA #5021<br>Michael J. Gibbens, OBA #3339<br>Crowe & Dunlevy |
| Joseph Moodhe<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, New York 10022<br>(212) 909-6000 | 321 South Boston Avenue<br>500 Kennedy Building<br>Tulsa, Oklahoma 74103<br>(918) 592-9800 |
|  | *Attorneys for Defendants Hertz Global Holdings, Inc. and HDTMS Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2010, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

andrew@andrewshartman.com
jack.moore@andrewshartman.com
james.kincaid@crowedunlevy.com
michael.gibbens@crowedunlevy.com

I hereby certify that on September 10, 2010 I served the attached document by mail, on the following, who are not registered participants of the ECF System:

Carl S. Stine
Wolf Popper LLP
845 Third Avenue
New York, NY 10022

Chet B. Waldman
Wolf Popper LLP
845 Third Avenue
New York, NY 10022

s/ Gerald Hilsher
Gerald Hilsher

3

6051798_1.DOC