**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA**

DENNIS RICE and HAROLD MACARIOLA, individually and on behalf of all others similarly situated,

Consolidated Plaintiffs,

v.

DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., THOMAS P. CAPO, MARY ANN N. KELLER, EDWARD C. LUMLEY, RICHARD W. NEU, JOHN C. POPE, SCOTT L. THOMPSON, HDTMS, INC., HERTZ GLOBAL HOLDINGS, INC.,

Defendants.

Case No. 10-CV-294-CVE-FHM
BASE FILE

Consolidated with
Case No. 10-CV-311-CVE-FHM

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2010, pursuant to the Court's Minute Order of September 10, 2010 (Dkt #59), I electronically transmitted Exhibit N as a Supplement to Defendants' Reply Brief In Support of Their Motion to Dismiss the Amended Complaint, Document Number 60, to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court transmitted a Notice of Electronic Filing to the applicable ECF registrants.

I hereby certify that on September 10, 2010 I served Exhibit N as a Supplement to Defendants' Reply Brief In Support of Their Motion to Dismiss the Amended Complaint, Document Number 60, by mail, on the following, who are not registered participants of the ECF System:

Carl S. Stine
Wolf Popper LLP
845 Third Avenue
New York, NY 10022

Chet B. Waldman
Wolf Popper LLP
845 Third Avenue
New York, NY 10022

DATED: September 14, 2010

Respectfully submitted,

/s/ Gerald Hilsher
Gerald L. Hilsher, OBA #4219
Christina M. Vaughn, OBA #21390
McAfee & Taft, P.C.
1717 S. Boulder Ave, Suite 900
Tulsa, Oklahoma 74119
(918) 587-0000