UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DENNIS RICE and HAROLD MACARIOLA,** individually and on behalf of all others similarly situated, ) ) ) ) **Plaintiff(s),** ) ) v. ) ) **DOLLAR THRIFTY AUTOMOTIVE GROUP,** ) **INC., THOMAS P. CAPO, MARY ANN N.** ) **KELLER, EDWARD C. LUMLEY,** ) **RICHARD W. NEU, JOHN C. POPE,** ) **SCOTT L. THOMPSON, HDTMS, INC.,** ) **HERTZ GLOBAL HOLDINGS, INC.** ) ) **Defendants.** ) | Case No. 10-CV-294-CVE-FHM <u>BASE FILE</u> Consolidated with Case No. 10-CV-311-CVE-FHM |

## ORDER TO SHOW CAUSE

Currently pending before this Court is Defendants' Motion to Dismiss the Amended Complaint, and Brief in Support (Dkt. # 38). The motion sought to dismiss plaintiff's joint amended complaint (Dkt. # 32), which requested injunctive relief to prevent a vote by the Dollar Thrifty shareholders on the proposed merger of Dollar Thrifty and Hertz Global Holdings, Inc.

On October 8, 2010, defendants filed a Notice of Recent Events of Significance (Dkt. # 63) to notify the Court of recent events that bear on the lawsuit and pending motion to dismiss. Specifically, defendants informed the Court that "on September 30, [2010,] the Dollar Thrifty shareholders voted against the proposed Dollar Thrifty-Hertz merger." Dkt. # 63, at 2. In addition, "[f]ollowing the shareholder vote, on October 1, Hertz notified Dollar Thrifty that it had terminated the merger agreement between it and Dollar Thrifty." <u>Id.</u>

By **October 15, 2010**, plaintiffs shall show good cause as to why plaintiffs' complaint should not be dismissed as moot or this case will be dismissed without prejudice.

**DATED** this 12th day of October, 2010.

CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE