UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DENNIS RICE and HAROLD MACARIOLA, individually and on behalf of all others similarly situated,<br><br>　　　　Consolidated Plaintiffs,<br><br>v.<br><br>DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., THOMAS P. CAPO, MARY ANN N. KELLER, EDWARD C. LUMLEY, RICHARD W. NEU, JOHN C. POPE, SCOTT L. THOMPSON, HDTMS, INC., HERTZ GLOBAL HOLDINGS, INC.,<br><br>　　　　Defendants. | Case No. 10-CV-0294-CVE-FHM<br>**BASE FILE**<br><br>Consolidated with<br>Case No. 10-CV-0311-CVE-FHM |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii)of the Federal Rules of Civil Procedure, Plaintiffs Dennis Rice and Harold Macariola, and Defendants Dollar Thrifty Automotive Group, Inc., Thomas P. Capo, Maryann N. Keller, Edward C. Lumley, Richard W. Neu, John C. Pope, Scott L. Thompson, HDTMS, Inc. and Hertz Global Holdings, Inc., being all parties who entered an appearance in the above-referenced action, hereby stipulate to the dismissal of the action in its entirety. Each party shall bear its own costs and attorney's fees.

1

DATED: October 15, 2010

**OF COUNSEL:**

**FARUQI & FARUQI, LLP**
Shane Rowley
Jamie Mogil
369 Lexington Avenue, 10th Fl.
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
Email:   srowley@faruqilaw.com
              jmogil@faruqilaw.com

**GARDY & NOTIS, LLP**
James S. Notis
Jennifer Sarnelli
560 Sylvan Avenue
Englewood Cliffs, NJ 07632
Telephone: (201) 567-7377
Facsimile: (201) 567-7337
Email:   jnotis@gardylaw.com
              jsarnelli@gardylaw.com

**WOLF POPPER LLP**
Carl L. Stine
Chet B. Waldman
845 Third Avenue
New York, NY 10022
Tel: (212) 759-4600
Fax: (212) 486-2093
cstine@wolfpopper.com
cwaldman@wolfpopper.com

Respectfully submitted,

s/ Jack C. Moore
Andrew S. Hartman, OBA No. 3948
Jack C. Moore, OBA No. 14283
HARTMAN, BLACKSTOCK & MOORE
P.O. Box 700690
Tulsa, Oklahoma 74170
Telephone: (918) 712-3246
Facsimile: (918) 712-5042
Email:   andrew@andrewshartman.com
              jack.moore@andrewshartman.com

*[Proposed] Local Counsel for the Plaintiffs*

2

| | |
|---|---|
| DATED: October 15, 2010 | By: s/Gerald L. Hilsher<br>Gerald L. Hilsher, OBA #4219<br>Christina M. Vaughn, OBA #21390<br>McAfee & Taft |
| **OF COUNSEL:**<br><br>Mitchell A. Lowenthal<br>Deborah M. Buell<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, New York 10006<br>(212) 225-2000 | 500 ONEOK Plaza<br>100 West 5th Street<br>Tulsa, Oklahoma 74103<br>(918) 587-0000<br><br>John N. Hermes, OBA #4133<br>M. Richard Mullins, OBA #13329<br>McAfee & Taft<br>Tenth Floor<br>Two Leadership Square<br>211 North Robinson<br>Oklahoma City, Oklahoma 73102<br>(405) 235-9621<br><br>*Attorneys for Defendants Dollar Thrifty Automotive Group, Inc., Scott L. Thompson, Thomas P. Capo, Maryann N. Keller, Edward C. Lumley, John C. Pope, and Richard W. Neu* |
| | By: s/ Michael J. Gibbens<br>Michael J. Gibbens, OBA #3339 |
| **OF COUNSEL:**<br><br>Joseph Moodhe<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, New York 10022<br>(212) 909-6000 | James L. Kincaid, OBA #5021<br>Crowe & Dunlevy<br>321 South Boston Avenue<br>500 Kennedy Building<br>Tulsa, Oklahoma 74103<br>(918) 592-9800<br><br>*Attorneys for Defendants Hertz Global Holdings, Inc. and HDTMS Inc.* |

4814-2986-9319, v. 2

3